UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-20704-CIV-MORENO**

VICTOR ARIZA,

      Plaintiff,

vs.

RAMOS DÉCOR & LUMBER, LLC, a
Florida limited liability company,

      Defendant.

_____/

**FINAL ORDER OF DISMISSAL AND**
**ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Notice of Settlement **(D.E. 17)**, filed on **May 26, 2020**.  It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement.  The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement.  It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of May 2020.

*/s/ Federico A. Moreno*

_____
     FEDERICO A. MORENO
     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record